IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 87-cr-00363-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      STEPHEN MARK ERWAY,

        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a parole hearing regarding Defendant Erway is set **Thursday, January 26, 2012 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: November 9, 2011