# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation) |
| v. | Case Number: 87-cr-00363-LTB-01 |
| | USM Number: 20952-013 |
| STEPHEN MARK ERWAY | Matthew Golla, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, and 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Mental Health Counseling Specifically Focused on Treatment of Pedophilia | 05/2011 |
| 2 | Unauthorized Association with Minors | 05/2011 |
| 3 | False Statements to the Probation Officer | 04/29/2011 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

February 14, 2012
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

February 28, 2012
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) years.

The Court recommends that the Bureau of Prisons credit the defendant for his time spent in presentence confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## CONDITIONS OF MANDATORY RELEASE OR PAROLE

1) Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which he is released.

2) While on supervised release, or mandatory release, or parole, defendant shall not commit another federal, state or local crime; shall not illegally possess a controlled substance; and shall not possess a firearm or destructive device. Defendant must comply with the standard conditions adopted by this Court.

3) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter for use of a controlled substance.

4) Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act, 42 U.S.C. § 16901, *et seq.*, as directed by his supervising officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, or may be a student or was convicted of a qualifying offense.

5) Defendant shall participate in and successfully complete a program of mental-health treatment as approved by the probation officer until such time as released from the program by his officer. Defendant shall pay the cost of treatment as directed by his probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

6) Defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment which may include polygraph, plethysmograph, and Abel examinations, as directed by his probation officer. Defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

7) Defendant shall reside in an adults-only apartment complex, trailer park, or other such complex, as directed by the probation officer.